UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-270-BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | DOCUMENT NUMBER 51 |
| | ) | (UNDER SEAL) |
| CALVIN DWIGHT MITCHELL | ) | |
| a/k/a CALIO | ) | |

THIS CAUSE comes before the Court on Defendant's motion to Seal Document Number 51.

Defendant's motion to seal is hereby GRANTED.

SO ORDERED, this the _19_ day of February, 2013.

*Terrence Boyle*
The Honorable Terrence W. Boyle
United States District Judge