UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-270-1BO

United States of America

vs.                                                    ORDER

CALVIN MITCHELL

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent Jason Guseman</u> and remain in his custody through the time of sentencing and any proceeding on appeal or review.

<u>Govt's Exhibit: # 31 - Cocaine</u>

This 26th day of February, 2013 - Exhibit received by:

_____JASON    GUSEMAN_____
Print name

_____[signature]_____
Sign name

February 26th, 2013         _____[signature]_____
                                TERRENCE W. BOYLE, US District Judge