IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-270-BO
5:15-CV-453-BO

| | |
|---|---|
| CALVIN DWIGHT MITCHELL,<br>Petitioner, | )<br>)<br>) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>) |

This matter is before the Court on petitioner's motion for an extension of time within which to respond to the government's motion to dismiss and for a court-appointed attorney. [DE 108]. The motion is GRANTED IN PART and DENIED IN PART.

For good cause shown, petitioner's request for extension of time is ALLOWED. Petitioner's response to the motion to dismiss shall be filed not later than March 1, 2016.

Petitioner's request for a court-appointed attorney is DENIED as he has failed to demonstrate the extraordinary circumstances necessary for appointment of counsel. *See Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975).

SO ORDERED, this ___ day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Case 5:12-cr-00270-BO Document 110 Filed 01/28/16 Page 1 of 1